**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Richard DeFrancesco</u>

    v.                                                    Civil No. 04-cv-324-SM

<u>United States</u>

**O R D E R**

Petitioner's "Application to Proceed Without Prepayment of Fees and Affidavit" is denied without prejudice to refiling on the form required by 1st Cir. R. 24(a)(1) (see enclosed form). Petitioner should pay particular attention to the requirement to state his claims of entitlement to redress and his statement of issues presented on appeal.

    **SO ORDERED.**

                                                  _____
                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date: August 9, 2005

cc:   Richard DeFrancesco, *pro se*
       Peter E. Papps, Esq.